IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BEVERLY NATIONAL BANK, ) | |
| ) | |
| Plaintiff, ) | Civil No. _____ |
| ) | |
| v. ) | |
| ) | |
| ALVARO NUNES, JOHN D. and ANN M. ) | **05  11585 GAO** |
| CREEDEN, MASSACHUSETTS ) | |
| DEPARTMENT OF REVENUE, INTERNAL ) | |
| REVENUE SERVICE, DANIEL J. CREEDEN, ) | |
| and NORMITA SNOW CREEDEN, ) | |
| ) | |
| Defendants. ) | |

UNITED STATES' REQUEST TO ENLARGE TIME TO ANSWER OR RESPOND

On, or about, July __28__, 2005, the defendant United States of America removed this action to this Court. The defendant United States hereby respectfully requests this Court to enter an order enlarging, to and including September 19, 2005, the time in which the United States shall be permitted to serve an answer, a motion, or such other response as may be permitted by the Federal Rules of Civil Procedure, with respect to the complaint in the above-titled action.

No memorandum is submitted in support of this request as it is not a motion. As provided by Rule 6(b)(1) of the Federal Rules of Civil Procedure, the district court has discretion to grant requests to enlarge time "without motion or notice before the expiration of the period." (emphasis added) In contrast, Rule 6(b)(2) limits enlargements to the granting of motions made upon grounds of excusable neglect. Accordingly, here we are making a timely request under Rule 6(b)(1).

In making this request, we note that Rule 81(c) of the Federal Rules of Civil Procedure governs the procedure in civil actions removed from the state courts to the United States District

Courts. Rule 81(c) first provides that the Federal Rules of Civil Procedure apply to removed cases. The Rule goes on to prescribe certain periods for the service of an answer or other defenses. The governing time period under Rule 81(c) may be as short as five days after removal. Plaintiff's complaint is brought under 28 U.S.C. § 2410 as an action affecting property on which the United States has a lien. Pursuant to 28 U.S.C. § 2410(b), the United States may appear and answer, plead or demur within sixty days after service or such other time as the court may allow. See 28 U.S.C. § 2410(b). The undersigned trial counsel represents that more than five days are required to prepare and to serve an appropriate response raising the defenses of the United States. The period of additional time requested is commensurate with the sixty-day period permitted under 28 U.S.C. § 2410(b), as proper service has not yet been made on the United States.

Therefore, the United States requests the appropriate sixty-days in which to answer or otherwise respond to the complaint, up to and including September 19, 2005.

```
I hereby certify that a true copy of the
above document was served upon (each party
appearing pro se and) the attorney of record
for each other party by mail on
  July  28, 2005   .  _____
```

*Barbara Healy Smith* (signature)
BARBARA HEALY SMITH
United States Attorney's Office
One Courthouse Way
Suite 9200
Boston, Massachusetts 02210
(617) 748-3282

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

BARBARA HEALY SMITH
Assistant United States Attorney

*Lydia Bottome Turanchik* (signature)
LYDIA BOTTOME TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6560
Lydia.D.Bottome@usdoj.gov

Service List

Nicholas P. Vontzalides, Esquire
Ankeles, Harmon, Bonfanti, Durkin,
Vontzalides & Ambeliotis, LLP
27 Lowell Street
Peabody, Massachusetts 01960

David J. Gallagher, Esquire
Regnante, Sterio & Osborne, LLP
Edgewater Office Park
401 Edgewater Place, Suite 630
Wakefield, Massachusetts 01880

Eileen Ryan McAuliffe, Esquire
Massachusetts Department of Revenue
Litigation Bureau
Post Office Box 9565
100 Cambridge Street
Boston, Massachusetts 02114

Daniel J. Creeden
22 Broadway
Beverly, Massachusetts 01915

Normita Snow Creeden
63 Main Street
Essex, Massachusetts 01929