UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BEVERLY NATIONAL BANK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | NO. 05-11585-GAO |
| ) | |
| ALVARO NUNES, ) | |
| JOHN D. AND ANN M. CREEDEN, ) | |
| MASSACHUSETTS DEPARTMENT ) | |
| OF REVENUE, ) | |
| INTERNAL REVENUE SERVICE, ) | |
| DANIEL J. CREEDEN AND ) | |
| NORMITA SNOW CREEDEN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on this day the original certified or attested to copies of the state court pleadings received from the Clerk/Magistrate of the Essex Superior Court, were filed with the United States District Court.

MICHAEL J. SULLIVAN,
UNITED STATES ATTORNEY

BY: /s/ Barbara Healy Smith / EJC
Barbara Healy Smith
Assistant U. S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 9200
Boston, MA  02210
(617) 748-3282

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on August 16, 2005

/s/ Assistant U.S. Attorney

**ESSEX SUPERIOR COURT**
Case Summary
Civil Docket

### ESCV2005-00794
### Beverly National Bank v Nunes et al

| | | | | | |
|---|---|---|---|---|---|
| File Date | 05/12/2005 | Status | Disposed: transfered to other court (dtrans) | | |
| Status Date | 07/29/2005 | Session | D - Civil-CtRm 2 (Lawrence) | | |
| Origin | 1 | Case Type | D99 - Misc equitable remedy | | |
| Lead Case | | Track | F | | |
| Service | 08/10/2005 | Answer | 10/09/2005 | Rule12/19/20 | 10/09/2005 |
| Rule 15 | 10/09/2005 | Discovery | 03/08/2006 | Rule 56 | 04/07/2006 |
| Final PTC | 05/07/2006 | Disposition | 07/06/2006 | Jury Trial | No |

**PARTIES**

**Plaintiff**
Beverly National Bank
Beverly, MA 01915
Active 05/12/2005

**Private Counsel 319600**
Robert L Marder
85 Exchange Street
The Edison Suite L10
Lynn, MA 01901
Phone: 781-592-8154
Fax: 781-599-1102
Active 05/12/2005 Notify

**Defendant**
Alvara Nunes
Peabody, MA 01960
Served: 05/20/2005
Answered: 06/08/2005
Answered 06/08/2005

**Private Counsel 542510**
Nicholas P Vontzalides
Ankeles Harmon Bonfanti Durkin &
Vontzalides
27 Lowell Street
Peabody, MA 01960
Phone: 978-531-7000
Fax: 978-532-3597
Active 06/08/2005 Notify

**Defendant**
John D Creeden
Danvers, MA 01923
Served: 05/23/2005
Answered: 05/25/2005
Answered 05/25/2005

**Private Counsel 183120**
David J Gallagher
Regnante Sterio & Osborne
Edgewater Office Park
401 Edgewater Place Suite 630
Wakefield, MA 01880-6210
Phone: 781-246-2525
Fax: 781-246-0202
Active 05/26/2005 Notify

**Defendant**
Anne M Creeden
Danvers, MA 01923
Answered 05/25/2005

A TRUE COPY, ATTEST
[signature]
DEPUTY ASST. CLERK

MAS-20041213  Case 1:05-cv-11585-GAO   Document 5-2   Filed 08/16/2005   Page 2 of 3   08/02/2005
melnickp                                                                                04:22 PM
Commonwealth of Massachusetts
ESSEX SUPERIOR COURT
Case Summary
Civil Docket

### ESCV2005-00794
### Beverly National Bank v Nunes et al

| | |
|---|---|
| **Defendant**<br>Massachusetts Department of Revenue<br>Boston, MA 02110<br>Served: 05/19/2005<br>Answered: 06/01/2005<br>Answered 06/01/2005 | **Private Counsel 435260**<br>Eileen Ryan McAuliffe<br>Mass Revenue Dept<br>100 Cambridge Street<br>PO Box 9565<br>Boston, MA 02114-9565<br>Phone: 617-626-3217<br>Fax: 617-626-3245<br>Active 05/31/2005 Notify |
| | *** See Attorney Information Above *** |
| **Defendant**<br>Internal Revenue Service<br>Boston, MA 02110<br>Served: 06/17/2005<br>Answered: 07/19/2005<br>Answered 07/19/2005 | *** See Attorney Information Above *** |
| **Defendant**<br>Daniel J Creeden<br>Beverly, MA 01915<br>Served: 05/25/2005<br>Served (answr pending) 06/01/2005 | |
| **Defendant**<br>Normita Snow Creeden<br>Essex, MA 01929<br>Served: 05/25/2005<br>Answered 06/08/2005 | |

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 05/12/2005 | 1.0 | Complaint for Interpleader and For Declatory Relief & civil action cover sheet filed |
| 05/12/2005 | | Origin 1, Type D99, Track F. |
| 05/24/2005 | 2.0 | SERVICE RETURNED: Massachusetts Department of Revenue(Defendant) service accepted by atty. on behalf of client |
| 05/25/2005 | 3.0 | ANSWER: John D Creeden and Anne M Creeden (Defendant) |
| 05/27/2005 | 4.0 | SERVICE RETURNED: John D Creeden & Anne M Creeden (Defendant) |
| 05/27/2005 | 5.0 | Atty Eileen Ryan McAuliffe's notice of appearance for Massachusetts Department of Revenue |
| 06/01/2005 | 6.0 | SERVICE RETURNED: Daniel J Creeden(Defendant) last and usual place of abode and by mailing first class |
| 06/01/2005 | 8.0 | ANSWER: Massachusetts Department of Revenue(Defendant) |

MAS-20041213  Case 1:05-cv-11585-GAO   Document 5-2   Filed 08/16/2005   Page 3 of 3   08/02/2005
melnickp                      Commonwealth of Massachusetts                              04:22 PM
                                  ESSEX SUPERIOR COURT
                                       Case Summary
                                       Civil Docket

## ESCV2005-00794
## Beverly National Bank v Nunes et al

| Date | Paper | Text |
|---|---|---|
| 06/02/2005 | 7.0 | SERVICE RETURNED: Normita Snow Creeden(Defendant) last and usual place of abode and by mailing first class |
| 06/07/2005 | 9.0 | SERVICE RETURNED: Alvara Nunes(Defendant) acceptance of service by attorney of record |
| 06/08/2005 | 10.0 | ANSWER: Alvara Nunes(Defendant) (filed in Salem, no filing date) |
| 06/08/2005 | 11.0 | ANSWER: Normita Snow Creeden |
| 06/28/2005 | 12.0 | SERVICE RETURNED: Internal Revenue Service(Defendant) agent, person in charge at time of service |
| 07/19/2005 | 13.0 | ANSWER: Internal Revenue Service(Defendant) Disclaimer of Interest-disclaims any interest in the above-captioned action but maintains the Commonwealth's right to pursue any actions it might have against the defendents |
| 07/29/2005 | 14.0 | Notice for Removal to the United States District Court filed 7/29/05; Certificate of service |
| 07/29/2005 | 15.0 | ORDER transferring/remanding case to U.S. District Court |
| 07/29/2005 |  | Case REMOVED this date to US District Court of Massachusetts |

**EVENTS**