IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BEVERLY NATIONAL BANK, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 05-11585-GAO |
| | ) | |
| v. | ) | |
| | ) | |
| ALVARO NUNES, JOHN D. AND ANN M. CREEDEN, MASSACHUSETTS DEPARTMENT OF REVENUE, INTERNAL REVENUE SERVICE, DANIEL J. CREEDEN, AND NORMITA SNOW CREEDEN, | ) ) ) ) ) ) | |
| Defendants. | ) | |

<u>UNITED STATES' MOTION TO CONTINUE SCHEDULING CONFERENCE</u>

The United States, by its undersigned counsel, hereby moves to continue the scheduling conference currently set for November 16, 2005. As grounds for this motion, the United States asserts that counsel for the United States is already scheduled to begin a bench trial on November 16, 2005, and is unable to attend a scheduling conference on that date. Counsel for the plaintiff has indicated his assent to this motion.

1376853.1

Therefore, counsel for the United States respectfully requests that the scheduling conference be set for a date after November 16, 2005.*

```
I hereby certify that a true copy of the
above document was served upon (each party
appearing pro se and) the attorney of record
for each other party by mail on
```

  10/12/05 - Lydia Bottome Turanchik

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

BARBARA HEALY SMITH
Assistant United States Attorney


/s/ Lydia Bottome Turanchik
LYDIA BOTTOME TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6560
Lydia.D.Bottome@usdoj.gov

---

* To assist the Court in the possible rescheduling of this conference, counsel for the United States is also scheduled to begin a jury trial in Cleveland, Ohio on November 21, 2005, which is expected to last at least three days.

Service List

Robert L. Marder, Esq.
The Edison Suite L10
85 Exchange Street
Lynn, MA 01901

Nicholas P. Vontzalides, Esq.
Ankeles, Harmon, Bonfanti, Durkin,
   Vontzalides & Ambeliotis, LLP
27 Lowell Street
Peabody, MA 01960

David J. Gallagher, Esq.
Regnante, Sterio & Osborne, LLP
Edgewater Office Park
401 Edgewater Place - Suite 630
Wakefield, MA 01880

Normita Snow Creeden
63 Main Street
Essex, MA 01929

Daniel J. Creeden
22 Broadway Street
Beverly, MA 01915