UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 OCT 21 P 3:43

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| BEVERLY NATIONAL BANK,<br>Plaintiff<br><br>v.<br><br>ALVARO NUNES, JOHN D. and<br>ANNE M. CREEDEN, MASSACHUSETTS<br>DEPARTMENT OF REVENUE,<br>INTERNAL REVENUE SERVICE,<br>DANIEL J. CREEDEN, and<br>NORMITA SNOW CREEDEN,<br>Defendants | Civil Action No. 05-11585-GAO |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter my appearance in the above matter on behalf of the defendants, John D. Creeden and Anne M. Creeden

Date: 10/20/05

DAVID J. GALLAGHER - BBO No. 183120
REGNANTE, STERIO & OSBORNE LLP
401 Edgewater Place, Suite 630
Wakefield, MA 01880-6210
(781) 246-2525

## CERTIFICATE OF SERVICE

I, David J. Gallagher, hereby certify that I have served a copy of the Notice of Appearance by mailing the same first class, postage prepaid to Robert L. Marder, Esq., 85 Exchange Street, Suite L10, Lynn, MA 01901, Athan A. Vontzalides, Esq., Ankeles,

Harmon, Bonfanti, Durkin, Vontzalides & Ambeliotis, LLP, 27 Lowell Street, Peabody, MA 01960, Barbara Healy Smith, Esq., United States Attorney's Office, John Joseph Moakley Federal Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA 02210, and Lydia Bottome Turanchik, Esq., U.S. Department of Justice – Tax Division, P.O. Box 55, Ben Franklin Station, Washington, DC 20044, this __20__ day of October, 2005.

_____
DAVID J. GALLAGHER – BBO No. 183120
REGNANTE, STERIO & OSBORNE LLP
401 Edgewater Place, Suite 630
Wakefield, MA 01880-6210
(781) 246-2525