UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BEVERLY NATIONAL BANK,
    Plaintiff

v.

ALVARO NUNES, JOHN D. and ANNE M.
CREEDEN, MASSACHUSETTS DEPARTMENT OF
REVENUE, INTERNAL REVENUE SERVICE,
DANIEL J. CREEDEN, and NORMITA SNOW
CREEDEN,
    Defendants

Civil Action No. 05-11585-GAO

MOTION BY BEVERLY NATIONAL BANK TO DEPOSIT SURPLUS PROCEEDS INTO COURT
AND TO BE DISCHARGED FROM ANY FURTHER PARTICIPATION IN THIS ACTION
ASSENTED TO BY THE UNITED STATES DEPARTMENT OF JUSTICE

    Now comes the Plaintiff, Beverly National Bank ("Beverly"), and pursuant to Rule 67 FRCP, respectfully moves that this Honorable Court Allow it to deposit into Court the sum of $104,423.81 which represents excess proceeds derived from a foreclosure sale conducted March 23, 2005, with reference to property known and otherwise numbered 284 Cabot Street, Unit 1, Beverly, Massachusetts ("Mortgaged Premises").

    In addition thereto, Beverly further Respectfully Moves that this Honorable Court Discharge it from any further participation in the above referenced action once all excess funds have been deposited with the Court.

    In support of the within Motion, Beverly states the following:

    1.    That on or about October 15, 1998 and March 31, 2003, the Defendants Daniel J. Creeden and Normita Snow Creeden signed and otherwise executed Promissory Notes in favor of the bank and as security therefor, granted Beverly a mortgage perfected against the Mortgaged Premises.

    2.    That on or about October 28, 1995, the Defendants Daniel J. Creeden and Normita Snow Creeden executed an Overdraft Protection Agreement ("Overdraft Agreement") in favor of Beverly which likewise became secured by the mortgage by virtue of a "commercial dragnet clause" contained in the security instrument.

    3.    That on or about January 13, 2005, Beverly filed a Complaint with the Land Court of Massachusetts seeking to foreclose its mortgage based on a

Robert L. Marder
Attorney at Law
85 Exchange Street
Suite L10
The Edison
Lynn, Massachusetts 01901

(781) 592-8154
Fax: (781) 599-1102

monetary default and thereafter on March 8, 2005, received Judgment Authorizing Foreclosure.

4. That on March 23, 2005, Beverly foreclosed its mortgage in accordance with state law and sold the Mortgaged Premises to a third party.

The foreclosure sale "closed" on April 26, 2005.

5. After satisfaction of all sums due and owing the bank, Beverly filed a Complaint in Interpleader with the Essex County Superior Court on or about May 11, 2005, and named as parties of interest, those Defendants described herein.

6. That the Complaint itemized all amounts due Beverly and represented that $104,423.81 existed as excess funds.

7. That on or about July 28, 2005, the United States Department of Justice removed the action from the Essex County Superior Court to the Federal District Court.

8. That Beverly filed the Interpleader because of conflicting assertions regarding entitlement to either the entire amount or a portion of the excess proceeds.

9. That Beverly asserts no interest in any of the excess proceeds described above including but not limited to any further claim for attorney's fees and/or costs.

10. That Beverly desires to deposit the entire amount of excess proceeds with this Honorable Court and seeks to be Discharged as a party to this action since it is disinterested in the ultimate disposition of this case.

WHEREFORE, Beverly National Bank respectfully moves this Honorable Court

1. Allow it to deposit the entire amount of surplus proceeds into Court.

2. That upon tender of such deposit into Court, that it be Discharged from this action.

3. Issue an Order directing to whom the proceeds should be paid and the form of such payment.

And for such other relief as this Honorable Court deems fair and reasonable.

Robert L. Marder
Attorney at Law
85 Exchange Street
Suite L10
The Edison
Lynn, Massachusetts 01901

(781) 592-8154
Fax: (781) 599-1102

```
                                        RESPECTFULLY SUBMITTED,
                                        BEVERLY NATIONAL BANK
                                        By its attorney,


                                        ROBERT L. MARDER
                                        85 EXCHANGE STREET
                                        SUITE L10
                                        LYNN, MA 01901
                                        781-592-8154
                                        BBO# 319600
                                        Assented To:


                                        Lydia Bottome Turanchik
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        Post Office Box 55
                                        Ben Franklin Station
                                        Washington, D.C. 20044
                                        202-307-6560
```

CERTIFICATE OF SERVICE

I, Robert L. Marder, hereby certify that I served a copy of the within Motion upon the following parties by mailing a copy of the same, by regular first class mail, postage prepaid this date, addressed to: Nicholas P. Vontzalides, Esq., Ankeles, Harmon, Bonfanti, Durkin, Vontzalides & Ambeliotis, LLP, 27 Lowell Street, Peabody, MA 01960, Counsel for Alvaro Nunes; Barbara Healy Smith, Esq., United States Attorney's Office, John Joseph Moakley Federal Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA 02210, Assistant United States Attorney; Eileen Ryan McAuliffe, Esq., Department of Revenue, Litigation Bureau, 7th Floor, P.O. Box 965, 100 Cambridge Street, Boston, MA 02114, Counsel for the Department of Revenue; David J. Gallagher, Esq., Regnante, Sterio & Osborne LLP, 401 Edgewater Place, Suite 630, Wakefield, MA 01880-6210, Counsel for John D. and Anne M. Creeden; Daniel J. Creeden, 22 Broadway, Beverly, MA 01915; Normita Snow Creeden, 63 Main Street, Essex, MA 01929.

                                                    ROBERT L. MARDER

Dated:  10/21/05

Robert L. Marder
Attorney at Law
85 Exchange Street
Suite L10
The Edison
Lynn, Massachusetts 01901

(781) 592-8154
Fax: (781) 599-1102