UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 DEC -5 P 2: 39

U.S. DISTRICT COURT
DISTRICT OF MASS.

BEVERLY NATIONAL BANK, )
    Plaintiff )
)
v. ) Civil Action No. 05-11585-GAO
)
ALVARO NUNES, JOHN D. and )
ANNE M. CREEDEN, )
INTERNAL REVENUE SERVICE, )
DANIEL J. CREEDEN, and )
NORMITA SNOW CREEDEN, )
    Defendants )
)

## JOINT SCHEDULING CONFERENCE STATEMENT

NOW COME the parties in the above-entitled matter and submit this Joint Scheduling Conference Statement pursuant to this Court's Order of October 12, 2005.

### PROPOSED PRE-TRIAL SCHEDULE

A. All non-expert discovery shall be completed on or before June 30, 2006.

B. All expert reports shall be presented by the parties on or before July 30, 2006.

C. All Motions for Summary Judgment pursuant to Fed. R. Civ. P. 56 shall be filed on or before September 30, 2006.

D. Any agreeable trial date after November 1, 2006.

### MAGISTRATE TRIAL

The parties do not consent to trial by a Magistrate Judge.

ALVARO NUNES,
By his attorney,

Date: 12/5/05

_/s/ N. Vontzalides_
NICHOLAS P. VONTZALIDES – BBO No.
ANKELES, HARMON, BONFANTI,
DURKIN, VONTZALIDES &
AMBELIOTIS, LLP
27 Lowell Street
Peabody, MA 01960
(978) 531-7000

JOHN D. CREEDEN and
ANNE M. CREEDEN,
By their attorney,

Date: 12/5/05

_/s/ David J. Gallagher_
DAVID J. GALLAGHER – BBO No. 183120
REGNANTE, STERIO & OSBORNE LLP
401 Edgewater Place, Suite 630
Wakefield, MA 01880-6210
(781) 246-2525

INTERNAL REVENUE SERVICE,
By its attorney,

Date: 12/5/05

_/s/ L. B. Turanchik_
LYDIA BOTTOME TURANCHIK – BBO No.
U.S. Department of Justice – Tax Division
P.O. Box 55
Ben Franklin Station
Washington, DC 20044
(202) 307-6560

Date: _____

_____
DANIEL J. CREEDEN

Date: _____

_____
NORMITA SNOW CREEDEN

2