UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 DEC -5  P 2: 39

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| BEVERLY NATIONAL BANK, <br> Plaintiff <br><br> v. <br><br> ALVARO NUNES, JOHN D. and <br> ANNE M. CREEDEN, <br> INTERNAL REVENUE SERVICE, <br> DANIEL J. CREEDEN, and <br> NORMITA SNOW CREEDEN, <br> Defendants | Civil Action No. 05-11585-GAO |

## CERTIFICATION OF JOHN D. AND ANNE M. CREEDEN PURSUANT TO LOCAL RULE 16.1

This is to certify that the undersigned have conferred with a view to establishing a budget for the costs of conducting the full course of litigation in the above-entitled matter, as well as various alternative courses to the litigation, including mediation, arbitration and/or trial by a Magistrate Judge and have also conferred concerning the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4, including mini-trial, summary jury trial and/or mediation.

_____
JOHN D. CREEDEN

_____
ANNE M. CREEDEN

Date: 12/5/05

_David J. Gallagher_ (signature)
DAVID J. GALLAGHER – BBO No. 183120
REGNANTE, STERIO & OSBORNE LLP
401 Edgewater Place, Suite 630
Wakefield, MA 01880-6210
(781) 246-2525

## CERTIFICATE OF SERVICE

I, David J. Gallagher, hereby certify that I have served a copy of the Certification of John D. and Anne M. Creeden Pursuant to Local Rule 16.1 by mailing the same first class, postage prepaid to Nicholas P. Vontzalides, Esq., Ankeles, Harmon, Bonfanti, Durkin, Vontzalides & Ambeliotis, LLP, 27 Lowell Street, Peabody, MA 01960, Lydia Bottome Turanchik, Esq., U.S. Department of Justice – Tax Division, P.O. Box 55, Ben Franklin Station, Washington, DC 20044, Daniel J. Creeden, 22 Broadway, Beverly, MA 01915, and Normita Snow Creeden, 63 Main Street, Essex, MA 01929, this 5th day of December, 2005.

_David J. Gallagher_ (signature)
DAVID J. GALLAGHER – BBO No. 183120
REGNANTE, STERIO & OSBORNE LLP
401 Edgewater Place, Suite 630
Wakefield, MA 01880-6210
(781) 246-2525