UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BEVERLY NATIONAL BANK,<br>　　　Plaintiff<br><br>v.<br><br>ALVARO NUNES, JOHN D. and<br>ANNE M. CREEDEN,<br>INTERNAL REVENUE SERVICE,<br>DANIEL J. CREEDEN, and<br>NORMITA SNOW CREEDEN,<br>　　　Defendants | **Civil Action No. 05-11585-GAO** |

## JOINT SCHEDULING CONFERENCE STATEMENT

NOW COME the parties in the above-entitled matter and submit this Joint Scheduling Conference Statement pursuant to this Court's Order of October 12, 2005.

### PROPOSED PRE-TRIAL SCHEDULE

A.   All non-expert discovery shall be completed on or before June 30, 2006.

B.   All expert reports shall be presented by the parties on or before July 30, 2006.

C.   All Motions for Summary Judgment pursuant to Fed. R. Civ. P. 56 shall be filed on or before September 30, 2006.

D.   Any agreeable trial date after November 1, 2006.

### MAGISTRATE TRIAL

The parties do not consent to trial by a Magistrate Judge.

ALVARO NUNES,
By his attorney,

Date: 12/5/05

_____
NICHOLAS P. VONTZALIDES – BBO No.
ANKELES, HARMON, BONFANTI,
DURKIN, VONTZALIDES &
AMBELIOTIS, LLP
27 Lowell Street
Peabody, MA 01960
(978) 531-7000

JOHN D. CREEDEN and
ANNE M. CREEDEN,
By their attorney,

Date: 12/5/05

_____
DAVID J. GALLAGHER – BBO No. 183120
REGNANTE, STERIO & OSBORNE LLP
401 Edgewater Place, Suite 630
Wakefield, MA 01880-6210
(781) 246-2525

INTERNAL REVENUE SERVICE,
By its attorney,

Date: 12/5/05

_____
LYDIA BOTTOME TURANCHIK – BBO No.
U.S. Department of Justice – Tax Division
P.O. Box 55
Ben Franklin Station
Washington, DC 20044
(202) 307-6560

Date: 2/23/06

_____
DANIEL J. CREEDEN

Date: 2/23/06

_____
NORMITA SNOW CREEDEN

2

## CERTIFICATE OF SERVICE

I, David J. Gallagher, hereby certify that the within Joint Scheduling Conference Statement was served upon Nicholas P. Vontzalides, Esq., Ankeles, Harmon, Bonfanti, Durkin, Vontzalides & Ambeliotis, LLP, 27 Lowell Street, Peabody, MA 01960, Lydia Bottome Turanchik, Esq. U.S. Department of Justice - Tax Division, P.O. Box 55, Ben Franklin Station, Washington, DC 20044, Daniel J. Creeden, 19 Washington Street, Beverly, MA 01915, and Normita Snow Creeden, 78 E. Orchard Street, Marblehead, MA 01945, by electronic filing or mailing a copy of the same, first class mail, postage prepaid, on this 2/ day of February, 2006

DAVID J. GALLAGHER, BBO NO. 183120
REGNANTE, STERIO & OSBORNE LLP
401 Edgewater Place, Suite 630
Wakefield, MA 01880-6210
(781) 246-2525