*Robert L. Marder*
*Attorney at Law*

85 Exchange Street Suite L10
The Edison
Lynn, Massachusetts 01901
Telephone: (781) 592-8154
Fax: (781) 599-1102
E-Mail: RMarder@RMarderlaw.com

March 13, 2006

Ms. Gina Edge
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Suite 2300
Boston, Ma. 02210

     Re: Beverly National Bank vs. Nunes et al
         Case No. 05-11585-GAO

Dear Mr. Edge:

    Per our conversation regarding the above captioned matter, enclosed please find check made payable to the U.S. District Court in the sum of $104,423.83.

    The same represents the amount of excess proceeds derived from a foreclosure sale conducted by Beverly National Bank regarding property located at 284 Cabot Street, Unit 1 Beverly which the Bank referenced in its Motion to Deposit Surplus Funds filed in connection with the above referenced matter.

    That Motion was Allowed by the Court by Order dated November 29, 2005.

    Prior to our conversation on March 3, I had received no direction from the Court regarding disposition of the funds.

    Thank you for your courtesy and cooperation in this regard but should you have any remaining questions, please do not hesitate to contact me at your convenience.

                                                        Very truly yours,

                                                        Robert L. Marder

RLM: j

Cc: Lisa Lewis

By FedEx

**BEVERLY NATIONAL BANK**
EARNING YOUR TRUST SINCE 1802
Beverly, MA 01915
Member FDIC

**Cashier's Check**

No. 95120
53-276/113

Date: March 8, 2006

PAY TO THE ORDER OF: *** United States District Court ***

$ 104,423.81

RE: Creeden

Authorized Signature

⑈095120⑈ ⑆011302768⑆ 108702034⑆ 21

```
Tue Mar 14 15:17:43 2006

UNITED STATES DISTRICT COURT
BOSTON                , MA

Receipt No.    321 71075
Cashier                russo

Tender Type  CHECK

Check Number: 95120

Transaction Type   C

Case No./Def No. 1:05-CV-11585 / 1
DO Code    Div No        Acct
 4630         1          604700
Amount                $ 104423.81

EXCESS PROCEEDS FROM FORECLOSURE SALE 05-
11585-01, CK FROM
BEVERLY NATIONAL BANK, CASHIERS CHECK
```