IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BEVERLY NATIONAL BANK, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 05-11585-GAO |
| | ) | |
| v. | ) | |
| | ) | |
| ALVARO NUNES, JOHN D. AND ANN M. | ) | |
| CREEDEN, MASSACHUSETTS | ) | |
| DEPARTMENT OF REVENUE, INTERNAL | ) | |
| REVENUE SERVICE, DANIEL J. CREEDEN, | ) | |
| AND NORMITA SNOW CREEDEN, | ) | |
| | ) | |
| Defendants. | ) | |

UNITED STATES' NOTICE OF DISCLAIMER OF INTEREST

PLEASE TAKE NOTICE that the defendant United States of America, by and through its

undersigned counsel, hereby disclaims any interest in the proceeds at issue in the above-

captioned proceeding.

I hereby certify that a true copy of the
above document was served upon (each party
appearing pro se and) the attorney of record
for each other party by mail on

4/18/06 - Lydia Bottome Turanchik

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


/s/ Lydia Bottome Turanchik
LYDIA BOTTOME TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6560
Lydia.D.Bottome@usdoj.gov

1655760.1

Service List

Nicholas P. Vontzalides, Esq.
Ankeles, Harmon, Bonfanti, Durkin,
    Vontzalides & Ambeliotis, LLP
27 Lowell Street
Peabody, MA 01960

David J. Gallagher, Esq.
Regnante, Sterio & Osborne, LLP
Edgewater Office Park
401 Edgewater Place - Suite 630
Wakefield, MA 01880

Normita Snow Creeden
63 Main Street
Essex, MA 01929

Daniel J. Creeden
22 Broadway Street
Beverly, MA 01915