UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*********************************************
| | |
|---|---|
| **BEVERLY NATIONAL BANK,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * CIVIL ACTION NO.: 05-11585 |
| **ALVARO NUNES, JOHN D. and** | * |
| **ANNE M. CREEDEN,** | * |
| **DANIEL J. CREEDEN, and** | * |
| **NORMITA SNOW-CREEDEN,** | * |
| | * |
| Defendants. | * |

### AGREEMENT FOR JUDGMENT

The remaining parties in the above entitled action, being Alvaro Nunes, John D. Creeden, Anne M. Creeden, Daniel J. Creeden, and Normita Snow-Creeden, hereby agree to judgment with regard to the above entitled matter as follows:

**Recitals**

1. Whereas, the Defendants, Daniel J. Creeden and Normita Snow-Creeden (hereinafter "Daniel and Normita"), signed and otherwise executed Promissory Notes in favor of:

    (i)   the Beverly National Bank ("Beverly") on or about October 15, 1998 and March 31, 2003;

    (ii)  John D. Creeden and Anne M. Creeden (hereinafter "John and Anne") dated November 3, 2003 (which was later subordinated to the Promissory Note in favor of Alvaro Nunes); and

    (iii) Alvaro Nunes (hereinafter "Nunes") dated April 8, 2004;

2. That on or about March 23, 2005, Beverly foreclosed its mortgages in accordance with state law and sold the mortgaged premises to a third-party and that the foreclosure sale "closed" on April 26, 2005;

3. After satisfaction of all sums due and owing Beverly there exists one hundred four thousand four hundred twenty three ($104,423.81) and 81/100 dollars in "excess funds", which have been paid to this Honorable Court;

4. Whereas Daniel and Normita defaulted on the Promissory Note owed to Nunes in the amount of fifty five thousand ($55,000.00) dollars.

5. Whereas the parties agree that Nunes's security interest in the mortgage premises has priority to the security interest of John and Anne as a result of the aforementioned Subordination Agreement;

**The Parties hereto agree to Judgment as follows:**

a. Alvaro Nunes shall be paid seventy thousand seven hundred thirty three ($70,733.69) dollars and 69/100 (reflecting the principal balance, interest, late charges and legal fees) from the excess proceeds held by this Honorable Court ;

b. John D and Anne M. Creeden shall be paid the balance of the excess proceeds in the amount of thirty three thousand six hundred ninety ($33,690.12) and 12/100.

c. After disbursement of the excess proceeds to Alvaro Nunes and John D. and Anne M. Creeden, this matter shall be dismissed with prejudice and all parties waive rights of appeal.

| | |
|---|---|
| Alvaro Nunes<br>By his attorney, | John D. Creeden<br>and Anne M. Creeden<br>By their attorney, |
| *[signature]*<br>Nicholas P. Vontzalides<br>BBO #542510<br>Ankeles, Harmon, Bonfanti,<br>Vontzalides & Ambeliotis, LLP<br>27 Lowell Street<br>Peabody, MA 01960<br>(978) 531-7000 | *[signature]*<br>David J. Gallagher<br>BBO #183120<br>Regnante, Sterio &<br>Osborne, LLP<br>401 Edgewater Place, Suite 630<br>Wakefield, MA 01880-6210<br>(781) 246-2525 |
| *[signature]*<br>Daniel J. Creeden | *[signature]*<br>Normita Snow-Creeden |

Dated: April 20, 2006

2