UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BEVERLY NATIONAL BANK,<br>　　　Plaintiff<br><br>v.<br><br>ALVARO NUNES, JOHN D. and<br>ANNE M. CREEDEN,<br>INTERNAL REVENUE SERVICE,<br>DANIEL J. CREEDEN, and<br>NORMITA SNOW CREEDEN,<br>　　　Defendants | **Civil Action No. 05-11585-GAO** |

## ORDER OF JUDGMENT

This matter came before this Court, and the remaining parties having filed an Agreement for Judgment with this Court, it is hereby ORDERED and ADJUDGED that Judgment enter distributing the funds held by this Court in the amount of $104,423.81 with interest, if any, as follows:

　　1.　　$70,733.69 shall be paid forthwith to Alvaro Nunes c/o Nicholas P. Vontzalides, Esq., Ankeles, Harmon, Bonfanti, Vontzalides & Ambeliotis, LLP, 27 Lowell Street, Peabody, MA 01960.

　　2.　　$33,690.12 together with any interest on the funds held by this Court shall be paid to John D. and Anne M. Creeden c/o David J. Gallagher, Esq., Regnante, Sterio & Osborne LLP, 401 Edgewater Place, Suite 630, Wakefield, MA 01880-6210.

Date: _____　　_____
　　　　　　　　　　　　　　　　　　　George A. O'Toole, Jr., J.

_____
Witness

## CERTIFICATE OF SERVICE

I, David J. Gallagher, hereby certify that I have served a copy of the Order of Judgment by electronic or first class mail to Nicholas P. Vontzalides, Esq., Ankeles, Harmon, Bonfanti, Durkin, Vontzalides & Ambeliotis, LLP, 27 Lowell Street, Peabody, MA 01960, Lydia Bottome Turanchik, Esq., U.S. Department of Justice – Tax Division, P.O. Box 55, Ben Franklin Station, Washington, DC 20044, Daniel J. Creeden, 19 Washington Street, Beverly, MA 01915, and Normita Snow Creeden, 78 E. Orchard Street, Marblehead, MA 01945, this 21st day of April, 2006.

_____
DAVID J. GALLAGHER – BBO No. 183120
REGNANTE, STERIO & OSBORNE LLP
401 Edgewater Place, Suite 630
Wakefield, MA 01880-6210
(781) 246-2525